No. P67/224.—Durex Hardware Mfg. Corp. v. United States, protest 65/18419 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of lawn sprinklers

---

[1] Assigned to second division December 4, 1967.

[2] Entered on duty and assigned to first division November 29, 1967.

similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.